# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

WILLIAM E. DUGAN, *et al.*

V.

SAL BARBA ASPHALT PAVING, INC.,
an Illinois corporation

Docket Number:

07CV6343
JUDGE KENNELLY
MAGISTRATE JUDGE BROWN

TO: Sal Barba Asphalt Paving, Inc.
c/o Salvador R. Barba, Registered Agent/President
2136 Glenwood Dyer Road
Lynwood, IL  60411

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS:

> Catherine M. Chapman
> Beverly P. Alfon
> Cecilia M. Scanlon
> BAUM SIGMAN AUERBACH & NEUMAN, LTD.
> 200 West Adams Street, Suite 2200
> Chicago, IL 60606-5231
> (312) 236-4316

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS

Michael W. Dobbins, Clerk

(by) Deputy Clerk

Date  NOV 0 8 2007

| Form **BCA-5.25**<br>(Rev. Jan. 1999) | AFFIDAVIT OF COMPLIANCE<br>FOR SERVICE ON<br>SECRETARY OF STATE | File # S493-8365 |
|---|---|---|
| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>Telephone (217) 524-6748<br>www.cyberdriveillinois.com | FILED<br>DEC 11 2007<br>JESSE WHITE<br>SECRETARY OF STATE | SUBMIT IN DUPLICATE<br>This space for use by<br>Secretary of State<br>Date<br>Filing Fee   $10.00<br>Approved: |
| Remit payment in check or money order, payable to "Secretary of State." | | |

1. Title of the case and number of the case:

   WILLIAM E. DUGAN, et al.

   SAL BARBA ASPHALT PAVING, INC.       first named plaintiff / first named defendant       Number __07 C 6343__

2. Name of the corporation being served: __Sal Barba Asphalt Paving, Inc.__
3. Title of the court in which an action, suit or proceeding has been commenced: __U.S. District Court, Northern District of Illinois__
4. Title of the instrument being served: __Summons and Complaint__
5. Basis for service on the Secretary of State (Check and complete appropriate box):

   a. [X] The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. [ ] The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. [ ] The corporation was dissolved on _____ (Month & Day), _____ (Year); the conditions of paragraphs (a) and (b) above exist; and the action, suit or proceeding has been instituted or has affected the corporation within 5 years thereafter.

   d. [ ] The corporation's certificate of authority to transact business in Illinois has been (withdrawn)/(revoked) on _____ (Month & Day), _____ (Year).

   e. [ ] The corporation is a foreign corporation that has transacted business in Illinois without procuring a certificate of authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned has caused a copy of the attached process, notice or demand to be sent, by certified or registered mail: __2136 Glenwood Dyer Road, Lynwood, IL 60411__

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true.

   _Cecilia M. Scanlon_ (Signature of Affiant)   December 4 (Month & Day)   2007 (Year)

   ( 312 ) 236-4316
   Telephone Number

**RETURN TO: PLEASE TYPE OR PRINT CLEARLY**

Cecilia M. Scanlon (Name)
200 W. Adams Street, Suite 2200 (Street)
Chicago, IL   60606-5231
City/Town    State    ZIP

C-213.8

## INSTRUCTIONS

After complying with the reverse side, especially statement 5 and 6, service may then be made on the Secretary of State:

1. A copy of the process, notice or demand;
2. A copy of any papers to be served therewith;
3. An affidavit of compliance; $10.00 fee.

Following service on the Secretary of State, another effort must be made to serve the corporation by Certified or regular mail. **This attempted service must include items 1 and 2 of the above in addition to a notice of service on the Secretary of State.**

The effort to serve the corporation shall be:

1. At the last registered office of the corporation as shown on the records of the Secretary of State;

AND

2. At such address the use of which the person instituting the action, suit or proceeding knows, or on the basis of reasonable inquiry has reason to believe, is most likely to result in actual notice.

This affidavit will be stamped with the date of filing and returned to the affiant as the only proof of filing.

C-213.8

RECEIVED
DEC 13 2007
Baum Sigman