IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | NO. 07 C 6343 |
| SAL BARBA ASPHALT PAVING, INC., | ) | |
| an Illinois corporation, | ) | JUDGE MATTHEW F. KENNELLY |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, SAL BARBA ASPHALT PAVING, INC., an Illinois corporation, in the total amount of $*, plus Plaintiffs' costs and reasonable attorneys' fees in the amount of $891.25.

On December 11, 2007, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to the Illinois Secretary of State because the corporation's Registered Agent could not, with reasonable diligence, be found at the registered office of record in Illinois) (a copy of the Summons and Affidavit of Compliance for Service on Secretary of State is attached hereto). Therefore, Defendant's answer was due on December 31, 2007. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Cecilia M. Scanlon

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 23rd day of January 2008:

Mr. Salvador R. Barba, Registered Agent/President
Sal Barba Asphalt Paving, Inc.
2136 Glenwood Dyer Road
Lynwood, IL 60411

Jesse White
Illinois Secretary of State
Dept. of Business Services
Attn: File #5493-8365
Springfield, IL 62756

/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\Barba, Sal Asphalt\motion for default judgment.cms.df.wpd