IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | NO. 07 C 6343 |
| SAL BARBA ASPHALT PAVING, INC., | ) | |
| an Illinois corporation, | ) | JUDGE MATTHEW F. KENNELLY |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   Mr. Salvador R. Barba, Registered Agent/President       Jesse White
         Sal Barba Asphalt Paving, Inc.                                           Illinois Secretary of State
         2136 Glenwood Dyer Road                                             Dept. of Business Services
         Lynwood, IL   60411                                                        Attn: File #5493-8365
                                                                                                Springfield, IL   62756

YOU ARE HEREBY NOTIFIED that on **Wednesday**, the **30th** day of **January 2008** at **9:30 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Matthew F. Kennelly, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2103, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default and Judgment.  A copy of said motion is hereby served upon you.

/s/   Cecilia M. Scanlon

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 23rd day of January 2008:

    Mr. Salvador R. Barba, Registered Agent/President
    Sal Barba Asphalt Paving, Inc.
    2136 Glenwood Dyer Road
    Lynwood, IL   60411

    Jesse White
    Illinois Secretary of State
    Dept. of Business Services
    Attn: File #5493-8365
    Springfield, IL   62756


        /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\Barba, Sal Asphalt\notice of motion.cms.df.wpd