## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

William E. Dugan, et al.

                Plaintiff,

v.                                  Case No.: 1:07−cv−06343
                                  Honorable Matthew F. Kennelly

Sal Barba Asphalt Paving, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 30, 2008:

     MINUTE entry before Judge Matthew F. Kennelly :Status hearing held on 1/30/2008 and continued to 2/13/2008 at 09:30 AM. Motion for entry of default and judgment is entered and continued to 2/13/2008 at 09:30 AM. Supplement to motion due by 2/6/2008. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.