# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

WILLIAM E. DUGAN, et al.

v.

SAL BARBA ASPHALT PAVING, INC.,
an Illinois corporation

Docket Number:

**07CV6343**
**JUDGE KENNELLY**
**MAGISTRATE JUDGE BROWN**

TO: Sal Barba Asphalt Paving, Inc.
c/o Salvador R. Barba, Registered Agent/President
2136 Glenwood Dyer Road
Lynwood, IL 60411

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS:

Catherine M. Chapman
Beverly P. Alfon
Cecilia M. Scanlon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS
Michael W. Dobbins, Clerk

(by) Deputy Clerk

Date NOV 0 8 2007



State of Illinois

General No.: 07CV6343

County of USDC CHICAGO

## AFFIDAVIT OF SERVICE

I, LEROY KARCZEWSKI, being first duly sworn on oath, depose and says that he/she is licnsed or registered as a private detective under the Private Detective Security Act of 1993 or appointed as a Special Process Server and service was not completed on Sal Barba Asphalt Paving, Inc. c/o Salvador R. Barba due to the following reason(s):

1. Moved
2. Occupant _____ knows but claims subject does not reside at address given.
3. Not known at address given by current occupant.
4. No such address found.
5. Need apartment or suite number.
6. Address vacant or out of business.
7. No longer employed at this location.
8. Rarely in office. Need residence for service.
9. Mail Drop or Private Mail Box business.
10. Deceased, hospitalized or incarcerated.
11. Other.
12. Security denes access to residence or office.
13. Appears home but refuses to answer door.
14. No Longer Corporate Agent.
15. Claims not the correct party. Refuses name or ID.
16. Return date expired. Reissue and return.
17. Appears home but refuses to answer door.
18. Appears avoiding service. See details below.
19. Return date expired. Reissue and return.
20. Returned by request or return date too short.
21. Numerous attempts - **NO CONTACT**
    Date 2/8/2008    Time 3:20 PM

Additional or Other Information:

Unable to make contact at 6745 S. Point Dr., Tinley Park, IL. This is a secured condo building. The defendant's name is no longer listed on the directory as previously observed.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

2-8-08
Dated

Leroy Karczewski
117-000192