## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6343 | **DATE** | 2/13/2008 |
| **CASE TITLE** | Dugan vs. Salbarba | | |

**DOCKET ENTRY TEXT**

Status hearing held. Motion for default judgment is granted. Enter order. Judgment is entered in favor of plaintiff in the amount of $11,867.08.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|