## United States District Court for the Northern District of Illinois

Case Number: 07CV6343     Assigned/Issued By: J. N.

Judge Name:     Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☑ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)
☐ Writ _____
       (Type of Writ)

1 Original and 1 copies on 4-3-08 as to THE FIRST NATIONAL BANK OF GRANT PARK
                          (Date)

---

C:\wpwin80\docket\feeinfo.frm   03/14/05