UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

J N  APR X 3 2008
Apr 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

WILLIAM E. DUGAN, et al.,                    )
                                             )
                        Plaintiffs,          )
                                             )
            vs.                              )       CIVIL ACTION
SAL BARBA ASPHALT PAVING, INC.,              )
an Illinois corporation,                     )       NO.   07 C 6343
                                             )
                        Defendant,           )       JUDGE MATTHEW F. KENNELLY
                                             )
            and                              )       RETURN DATE: April 30, 2008
THE FIRST NATIONAL BANK OF GRANT PARK,       )
119 N. Main Street                           )
PO Box 607                                   )
Grant Park, IL 60940      Garnishee          )
                          Defendant.         )

## AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

_____Cecilia M. Scanlon_____ on oath states:

1.  Judgment was entered in this case on _____February 13_____, 2008 in favor of the judgment creditor William E. Dugan, et al. and against the judgment debtor Sal Barba Asphalt Paving, Inc. for $ 11,867.08 and costs.

2.  $ 0 has been paid on the judgment.

3.  There is unpaid on the judgment:

    $ 11,867.08    principal
    $ 0.00         costs
    $ 0.00         interest
    $ 11,867.08    TOTAL

4.  I believe garnishee THE FIRST NATIONAL BANK OF GRANT PARK is or will be indebted to judgment debtor, other than wages, or has in his possession, custody or control property belonging to him or her or in which he/she has an interest.

5.  The last known address of the judgment debtor is 2136 Glenwood Dyer Road, Lynwood, IL 60411

I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE GARNISHEE.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON _____April 3_____, 20 08 .

NAME: Cecilia M. Scanlon
ATTORNEY FOR: Plaintiffs/Judgment Creditors
ADDRESS: 200 W. Adams Street, Suite 2200
CITY: Chicago, IL 60606-5231
TELEPHONE: 312-236-4316

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WILLIAM E. DUGAN, et al.,                    )
                                             )
                        Plaintiffs,          )
                                             )
            vs.                              )        CIVIL ACTION
                                             )
SAL BARBA ASPHALT PAVING, INC.,              )        NO.   07 C 6343
an Illinois corporation,                     )
                                             )
                        Defendant,           )        JUDGE  MATTHEW  F.  KENNELLY
                                             )
            and                              )
                                             )
THE FIRST NATIONAL BANK OF GRANT PARK,       )
119 N. Main Street                           )
PO Box 607                                   )
Grant Park, IL 60940     Garnishee           )
                         Defendant.          )

### INTERROGATORIES TO GARNISHEE

1.      When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

ANSWER: _____
                (Yes or No)

2.      If your answer is yes, describe the property:

_____

_____

3.      When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

ANSWER: _____
                (Yes or No)

4.      If your answer is yes, state:

Description:  _____

Amount:  $ _____

Date Due:  _____

5.      A copy of the answer to these interrogatories must be filed with the Clerk of Court.  In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.

6.      I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

### AFFIDAVIT

_____ on oath states that the answers to the interrogatories are true.