IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SAL BARBA ASPHALT PAVING, INC., | ) | CIVIL ACTION |
| an Illinois corporation, | ) | |
| | ) | NO. 07 C 6343 |
| Defendant, | ) | |
| | ) | JUDGE MATTHEW F. KENNELLY |
| and | ) | |
| | ) | |
| THE FIRST NATIONAL BANK OF | ) | |
| GRANT PARK, | ) | |
| | ) | |
| Garnishee | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL**
**OF NON-WAGE GARNISHMENT**

TO:   The First National Bank of Grant Park         Sal Barba Asphalt Paving, Inc.
      119 N. Main Street                             2136 Glenwood Dyer Road
      PO Box 607                                     Lynwood, IL  60411
      Grant Park, IL  60940

NOW COME Plaintiffs, by and through their attorneys, and in accordance with the Federal Rules of Civil Procedure, hereby dismiss the non-wage garnishment proceedings against Garnishee-Defendant, THE FIRST NATIONAL BANK OF GRANT PARK, without prejudice to the rights of Plaintiffs.

                                                    /s/   Cecilia M. Scanlon

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Dismissal of Non-Wage Garnishment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 23rd day of April 2008:

| | |
|---|---|
| The First National Bank of Grant Park | Sal Barba Asphalt Paving, Inc. |
| 119 N. Main Street | 2136 Glenwood Dyer Road |
| PO Box 607 | Lynwood, IL   60411 |
| Grant Park, IL   60940 | |

                                                            /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs/Judgment Creditors
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\Barba, Sal Asphalt\notice of dismissal of nwg.cms.df.wpd