UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WILLIAM E. DUGAN, et al., )
)
                      Plaintiffs, )
)
vs. )   CIVIL ACTION
)
SAL BARBA ASPHALT PAVING, INC., )   NO.  07 C 6343
an Illinois corporation, )
)
                      Defendant, )   JUDGE MATTHEW F. KENNELLY
)
      and )
THE FIRST NATIONAL BANK OF GRANT PARK, )
119 N. Main Street )
PO Box 607 )
Grant Park, IL 60940  Garnishee )
                      Defendant. )

**FILED APR 30 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

### INTERROGATORIES TO GARNISHEE

1.   When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

      ANSWER:   _Yes_
                  (Yes or No)

2.   If your answer is yes, describe the property:

   _Business Checking #7501   Balance 143.21_

3.   When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

      ANSWER:   _No_
                  (Yes or No)

4.   If your answer is yes, state:

      Description: _____
      Amount: $ _____
      Date Due: _____

5.   <u>A copy of the answer to these interrogatories must be filed with the Clerk of Court. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.</u>

6.   I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

_[signature]_

### AFFIDAVIT

_____ on oath states that the answers to the interrogatories are true.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>SAL BARBA ASPHALT PAVING, INC., )<br>an Illinois corporation, )<br>)<br>Defendant, )<br>)<br>and )<br>THE FIRST NATIONAL BANK OF GRANT PARK, )<br>119 N. Main Street )<br>PO Box 607 )<br>Grant Park, IL 60940   Garnishee )<br>Defendant. ) | RECEIVED<br>APR - 3 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT<br>CIVIL ACTION<br>NO. 07 C 6343<br>JUDGE MATTHEW F. KENNELLY<br>RETURN DATE: April 30, 2008 |

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Cecilia M. Scanlon on oath states:

1. Judgment was entered in this case on __February 13__, 2008 in favor of the judgment creditor __William E. Dugan, et al.__ and against the judgment debtor __Sal Barba Asphalt Paving, Inc.__ for $ __11,867.08__ and costs.

2. $ __0__ has been paid on the judgment.

3. There is unpaid on the judgment:
   $ __11,867.08__ principal
   $ __0.00__ costs
   $ __0.00__ interest
   $ __11,867.08__ TOTAL

4. I believe garnishee __THE FIRST NATIONAL BANK OF GRANT PARK__ is or will be indebted to judgment debtor, other than wages, or has in his possession, custody or control property belonging to him or her or in which he/she has an interest.

5. The last known address of the judgment debtor is __2136 Glenwood Dyer Road, Lynwood, IL 60411__

I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE GARNISHEE.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON __April 3__, 20__08__.

*Cecilia M. Scanlon* (signature)

NAME: Cecilia M. Scanlon
ATTORNEY FOR: Plaintiffs/Judgment Creditors
ADDRESS: 200 W. Adams Street, Suite 2200
CITY: Chicago, IL 60606-5231
TELEPHONE: 312-236-4316